REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2018 AUG -8 PM 12: 07
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INDICTMENT** |
| JUAN JOSE RODRIGUEZ | § § § § | [Vio: COUNT ONE-THREE: 18 U.S.C. §§ 922(g)(1) & 924(a)(2), Felon in Possession of a Firearm.] |

THE GRAND JURY CHARGES:

**DR18CR1610**

### COUNT ONE
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

That on or about February 6, 2018, in the Western District of Texas, Defendant,

JUAN JOSE RODRIGUEZ,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: Marlin, Model 917VS, .17-caliber rifle, Serial Number 93620102 said firearms having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

That on or about February 6, 2018, in the Western District of Texas, Defendant,

JUAN JOSE RODRIGUEZ,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: Thompson Center Arms, Model Hot Shot, .22-caliber rifle, Serial Number HS05763, said firearms having been transported

in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

That on or about February 6, 2018, in the Western District of Texas, Defendant,

JUAN JOSE RODRIGUEZ,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: Marlin, Model 60, .22-caliber rifle, Serial Number 22467528 said firearms having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
AMY M. HAIL
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: UVALDE

USAO#: 2018R16179

DATE: AUGUST 1, 2018

MAG. CT. #: MATTER

AUSA: AMY M. HAIL

**DR18CR1610**

DEFENDANT: JUAN JOSE RODRIGUEZ

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO      LANGUAGE: ENGLISH

DEFENSE ATTORNEY:

ADDRESS OF ATTORNEY:

DEFENDANT IS: DETAINED      DATE OF ARREST:

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1-3: 18 U.S.C. §922(g)(1) & §924(a)(2), FELON IN POSSESSION OF FIREARM.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 10 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3