UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: DR:18-CR-01610(1)-AM |
| | § | |
| (1) Juan Jose Rodriguez | § | |

**ORDER OF DETENTION PENDING TRIAL**

In accordance with the Bail Reform Act, 18 USC 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**I. Findings of Fact**

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that there is probable cause to believe that the Defendant committed the offense alleged in the Indictment, violation of 18:922 Felon in Possession of a Firearm, for which a sentence up to ten years in prison is prescribed.

Wes Duncan of the United States Attorney's Office was present and Sostenes Mireles representing the Defendant was present.

The pretrial services report indicates that Defendant is a forty year old United States citizen. Defendant is a residence of Uvalde, Texas, is married and has no children. Defendant is currently self employed as a truck driver.

Defendant has a criminal history and at the time of this arrest was on federal supervised release on a Conspiracy to Possess Cocaine with Intent to Deliver in 2009 and has a pending Petition to Revoke that Supervised Release  Defendant is being held with no bond pending the

revocation hearng.

Based on the information in the pretrial services report, Defendant's pending criminal proceedings and Defendant's current weapon charge, the Court finds by clear and convincing evidence that the Defendant poses a serious danger to the community. Because of the potential sentence if convicted, the Court concludes that the Defendant poses a serious risk of flight. Additionally the Court concludes there are no conditions or combination of conditions that will reasonably assure the appearance of the Defendant as required or to ensure the safety of the community.

## II. Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Signed this 23rd day of August, 2018

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE